RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

ISAAC BENAVIDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLE

APPEAL NOS. 03-14-00494-CR & 03-14-00495-CR

TRIAL CAUSE NO. 15,265 & 15,266

BASTROP COUNTY

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, ISAAC BENAVIDEZ, PETITIONER, AND FILES THIS MOTION FOR AN EXTENTION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

### I.

THE PETITIONER WAS CONVICTED IN THE 423rd DISTRICT COURT OF BASTROP COUNTY, TEXAS OF THE OFFENSE OF INJURY TO A CHILD IN CAUSE NOS. 15,265 & 15,266, STYLED STATE OF TEXAS VS. ISAAC BENAVIDEZ. THE PETITIONER WAS UNKNOWING HOW TO FILE A PRO SE BRIEF TO THE COURT OF APPEALS, 21ST JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON JULY 14, 2015.

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS AUGUST 14, 2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONER'S REQUEST FOR EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 7.20.15. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, DAL RUGGLES, HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NOS. 03-14-00494-CR & 03-14-00495-CR.

ISAAC BENAVIDEZ, PETITIONER PRO SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION
MARK W. STILES UNIT
T.D.C.J. # 01945542
BEAUMONT, TEXAS 77705